# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>   v.<br><br>ANTHONY PAUL DE LA TORRIENTE,<br>   Defendant. | CR 17-608-DSF<br><br>ORDER RE VINGCARD LOCKLINK RECORDS |

 It is not at all clear to the Court what the records show. On their face, the records don't appear to provide meaningful or relevant information. Obviously, if a proper foundation can be laid and the records are shown to provide relevant information, they will be admitted. A showing outside the presence of the jury will be required.

 IT IS SO ORDERED.

Date: February 4, 2019

          _____
          Dale S. Fischer
          United States District Judge